Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Brian S. Umpierre (State Bar No. 236399)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison and Co-Lead Counsel for Plaintiffs

Christine G. Pedigo
**FINKELSTEIN THOMPSON & LOUGHRAN**
601 Montgomery St., Suite 665
San Francisco, CA 94111
Telephone:  (415) 398-8700
Facsimile:  (415)  398-8704

Christopher Lovell
Merrick S. Rayle
**LOVELL STUART HALEBIAN LLP**
212 Wood St.
Pacific Grove, CA 93950
Telephone:  (831) 333-0309
Facsimile:   (831) 333-0325

Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 12/7/06*

| | |
|---|---|
| IN RE RAMBUS ANTITRUST LITIGATION | ) Case No. C 06-4852 RMW ) ) |
| This Document Relates To:     All Actions | ) **STIPULATION AND** ) **SCHEDULING ORDER** ) ) ) |

On October 18, 2006, this Court entered an Order consolidating five related antitrust actions on behalf of consumers of assorted types of DRAM technology against Defendant Rambus, Inc. ("Rambus") into In re Rambus Antitrust Litigation, Civil Action No. C 06-4852

1  RMW, for all purposes, including pretrial proceedings, trial, and appeal (the "Consolidation
2  Order");
3      The Consolidation Order provides for filing and service of Plaintiffs' Consolidated
4  Complaint 75 days from the entry of the Consolidation Order, which falls on January 2, 2007;
5      The Consolidation Order provides that Defendant shall answer or otherwise respond to
6  the Consolidated Complaint no later than 75 days from the date of service;
7      Plaintiffs and Defendant, after meeting and conferring, agree that the interests of the
8  parties are better served by extending the date for the filing and service of Plaintiffs'
9  Consolidated Complaint and Defendant's response thereto;
10     THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendant,
11 through their respective counsel of record, as follows:
12     1.    Plaintiffs deadline for the filing and service of their Consolidated Complaint is
13 extended from January 2, 2006 to January 15, 2006.
14     IT IS SO STIPULATED.

16 DATED: November __, 2006        **GREEN WELLING LLP**

18                                       By: _____/s/_____
19                                            Robert S. Green

20 Jenelle Welling
Brian S. Umpierre
21 595 Market Street, Suite 2750
San Francisco, CA 94105
22 Telephone: (415) 477-6700
Facsimile: (415) 477-6710

23 Liaison and Co-Lead Counsel for Plaintiffs

24 Christine G. Pedigo
**FINKELSTEIN THOMPSON & LOUGHRAN**
25 601 Montgomery St., Suite 665
San Francisco, CA 94111
26 Telephone: (415) 398-8700
Facsimile: (415) 398-8704

|   |   |
|---|---|
| 1 | Christopher Lovell |
| 2 | Merrick S. Rayle<br>**LOVELL STUART HALEBIAN LLP** |
| 3 | 212 Wood St.<br>Pacific Grove, CA 93950 |
| 4 | Telephone:  (831) 333-0309<br>Facsimile:   (831) 333-0325 |
| 5 | Co-Lead Counsel for Plaintiffs |

7  DATED: November __, 2006                **WILSON SONSINI GOODRICH & ROSATI**

9                                   By:  _____/s/_____
                                              Maura L. Rees

11                                  650 Page Mill Road
                                    Palo Alto, CA 94304-1050
12                                  Telephone:  (650) 493-9300
                                    Facsimile:   (650) 493-6811

13                                  Attorneys for Defendant

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  DATED: 12/7/06                    /s/ Ronald M. Whyte
                                     THE HONORABLE RONALD M. WHYTE
18                                   UNITED STATES DISTRICT JUDGE

### SIGNATURE ATTESTATION

I, Robert S. Green, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with General Order 45(X), I hereby attest that Maura L. Rees has concurred in this filing.

Dated:  November 16, 2006                    Respectfully submitted,

                                             **GREEN WELLING LLP**


                                             By:  _____/s/_____
                                                   Robert S. Green