Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Brian S. Umpierre (State Bar No. 236399)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

Liaison and Co-Lead Counsel for Plaintiffs

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | |
|---|---|
| IN RE RAMBUS ANTITRUST LITIGATION | Case No. C 06-4852 RMW |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND []**<br>**ORDER CONTINUING HEARING DATE** |

WHEREAS this Court's Consolidation Order dated October 18, 2006 and the parties stipulation and agreement dated December 7, 2006 provided for the scheduling of the filing and service of Plaintiffs' Consolidated Amended Complaint and Defendant's answer or other response thereto;

WHEREAS, pursuant to the Consolidation Order and the parties' stipulation and agreement, Plaintiffs filed and served their Consolidated Amended Complaint on January 15, 2007;

WHEREAS, pursuant to the Consolidation Order and the parties' stipulation and agreement, Defendant filed and served its Motion to Dismiss the First Amended Consolidated Complaint ("Motion to Dismiss") on March 28, 2007;

WHEREAS Defendant's Motion to Dismiss is presently calendared for hearing before

1 | this Court at 9:00 a.m. on July 13, 2007;

2 |     WHEREAS, Plaintiffs have requested, given certain unavoidable scheduling conflicts on

3 | their part, to continue the hearing date on the Motion to Dismiss, and Defendant has agreed;

4 |     THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendant,

5 | through their respective counsel of record, as follows:

6 |     1.    The hearing on Defendant's Motion to Dismiss is continued from July 13, 2007,

7 | at 9:00 a.m. to July 27, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard.

8 |     IT IS SO STIPULATED.

10 | DATED: May 23, 2007                              **GREEN WELLING LLP**

By:       /s/      
      Brian S. Umpierre

Robert S. Green
Jenelle Welling
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison and Co-Lead Counsel for Plaintiffs

Christine Pedigo Bartholomew
Rosemary M. Rivas
**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Christopher Lovell
Merrick S. Rayle
**LOVELL STUART HALEBIAN LLP**
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325

Co-Lead Counsel for Plaintiffs

STIPULATION AND [] ORDER CONTINUING HEARING DATE
Case No. C 06-4852 RMW

| | |
|---|---|
| Dated: May 23, 2007 | **WILSON SONSINI GOODRICH & ROSATI** |
| | By: _____/s/_____ |
| | Maura L. Rees |
| | |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| | |
| | Attorneys for Defendant |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __6/6/07__      *Ronald M. Whyte*
                       THE HONORABLE RONALD M. WHYTE
                       UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Brian S. Umpierre, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE. In compliance with General Order 45(X), I hereby attest that Maura L. Rees has concurred in this filing.

| | |
|---|---|
| Dated: May 23, 2007 | Respectfully submitted, |
| | **GREEN WELLING LLP** |
| | |
| | By: _____/s/_____ |
| | Brian S. Umpierre |

STIPULATION AND [] ORDER CONTINUING HEARING DATE
Case No. C 06-4852 RMW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER CONTINUING HEARING DATE
Case No. C 06-4852 RMW