MAURA L. REES, State Bar No. 191698
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-mail: mrees@wsgr.com; aweibell@wsgr.com

Attorneys for Defendant
RAMBUS INC.

Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Brian S. Umpierre (State Bar No. 236399)
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

Liaison and Co-Lead Counsel for Plaintiffs

[Additional Counsel Listed on Signature Page]

***E-FILED - 4/8/09***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE RAMBUS ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No. C 06-4852 RMW<br><br>**STIPULATION OF DISMISSAL AND [] ORDER**<br><br>C-06-04853-RMW<br>C-06-04987-RMW<br>C-06-04997-RMW<br>C-06-05455-RMW |

STIPULATED DISMISSAL
NO. C 06-4852 RMW

1  WHEREAS, pursuant to the Consolidation Order dated October 18, 2006, the *In Re Rambus Antitrust Litigation* matter comprises the following actions: *Chernomorets v. Rambus*, No. C 06-4852, *Grande v. Rambus*, No. C 06-4853, *Seley v. Rambus*, No. C 06-4987, *Alvarez v. Rambus*, No. C 06-4997, *Winder v. Rambus*, No. C 06-5455, and *Rovere v. Rambus*, No. C 07-1832 (the "Consolidated Actions"); and

WHEREAS, Plaintiffs and Defendant have agreed to dismissal of the action *In Re Rambus Antitrust Litigation*, including all of the Consolidated Actions, with each party to bear its own costs and attorneys' fees; and

WHEREAS, because no class has been certified, notice to the putative class is not required under Fed. R. Civ. P. 23(e), and no class notice has previously been provided;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel of record, as follows:

1. Pursuant to Fed. R. Civ. P. 41(a), the action *In Re Rambus Antitrust Litigation* (including all of the Consolidated Actions) is hereby dismissed. Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: April 6, 2009                     **GREEN WELLING LLP**

By:  _____/s/_____
     Robert S. Green

Jenelle Welling
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Liaison and Co-Lead Counsel for Plaintiffs

Christine Pedigo Bartholomew
Rosemary M. Rivas
**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

| | |
|---|---|
| 1 | Christopher Lovell |
| 2 | Merrick S. Rayle<br>**LOVELL STUART HALEBIAN LLP** |
| 3 | 212 Wood Street<br>Pacific Grove, CA 93950 |
| 4 | Telephone: (831) 333-0309<br>Facsimile: (831) 333-0325 |
| 5 | Co-Lead Counsel for Plaintiffs |

Dated: April 6, 2009    **WILSON SONSINI GOODRICH & ROSATI**

By:  _____/s/_____
         Maura L. Rees

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant Rambus Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __4/8/09__              *Ronald M. Whyte*
                                                    THE HONORABLE RONALD M. WHYTE
                                                    UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I, Robert S. Green, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL AND [PROPOSED] ORDER.  In compliance with General Order 45(X), I hereby attest that all signatories have concurred in this filing.

Dated: April 6, 2009    By:  _____/s/_____
                                              Robert S. Green